```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GEORGE PAPPAS, INDIVIDUALLY AND AS           :
THE REPRESENTATIVE OF A CLASS OF             :
SIMILARLY SITUATED PERSONS,                  :
                                             :
                        Plaintiff,           :            20-cv-5680 (VEC)
                                             :
        -against-                            :            ORDER
                                             :
                                             :
MYPIZZA TECHNOLOGIES, INC., A                :
DELAWARE CORPORATION,                        :
                                             :
                        Defendant.           :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on September 11, 2020, the parties appeared for an initial pretrial conference;

   IT IS HEREBY ORDERED THAT:

   1.   This case is STAYED until October 11, 2020.

   2.   A pretrial conference will be held on **October 16, 2020 at 11:30 a.m**.  The parties' joint letter is due by **October 8, 2020**.  The parties must appear for the conference by calling 888-363-4749, using the access code **3121171** and the security code **5680**.


**SO ORDERED.**

                                                    _____
Date:  September 11, 2020                                **VALERIE CAPRONI**
       New York, New York                           **United States District Judge**